IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FARON DAVENPORT, #K91501, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 3:22-cv-00099-SMY |
| | ) |
| HEALTH CARE UNIT, ET AL., | ) |
| | ) |
| Defendants. | ) |

# ORDER DISMISSING CASE

**YANDLE, District Judge:**

This matter is before the Court for case management. Plaintiff Faron Davenport filed the instant lawsuit pursuant to 42 U.S.C. § 1983 alleging deprivations of his constitutional rights at Vienna Correctional Center (Doc. 1). The Complaint was dismissed at screening pursuant to 28 U.S.C. § 1915A for failure to state a claim for relief (Doc. 27). Plaintiff was granted leave to file a First Amended Complaint by April 5, 2022, which was subsequently extended to June 6, 2022 (Doc 32). He was warned that failure to file a First Amended Complaint would result in a dismissal with prejudice for failure to state a claim for relief, failure to comply with a court order, and/or for failure to prosecute his claims (Doc. 27, p. 4). The deadline to file a First Amended Complaint has passed and Plaintiff has not filed the pleading or requested an extension.

Accordingly, this case is **DISMISSED without prejudice** for Plaintiff's failure to state a claim for relief, failure to comply with the Court's Order, and failure to prosecute his claims. Because the Complaint failed to state a claim upon which relief may be granted, Plaintiff is notified that the dismissal will count as a strike for purposes of 28 U.S.C. 1915(g). The Clerk of the Court is **DIRECTED** to enter final judgment and to close this case.

If Plaintiff wishes to appeal this Order, he must file a notice of appeal with this Court within

thirty days of the entry of judgment. Fed. R. App. P. 4(a)(1)(A). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. Fed.R.App.P. 4(a)(4). A Rule 59(e) motion must be filed no more than twenty-eight (28) days after the entry of the judgment, and this 28-day deadline cannot be extended.

If Plaintiff chooses to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. A motion for leave to appeal *in forma pauperis* must set forth the issues Plaintiff plans to present on appeal. *See* Fed. R. App. P. 24(a)(1)(C). If the appeal is found to be nonmeritorious, Plaintiff may incur another strike under 28 U.S.C. § 1915(g).

Plaintiff is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee remains due and payable.

**IT IS SO ORDERED.**

**DATED:  July 5, 2022**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**